LISA C. GILINGER
LISA C. GILINGER LAW OFFICES
635 North Alisos Street
Santa Barbara, California 93103
Telephone: (805) 568-5370
Facsimile: (805) 568-5149

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| CRISTINA WARNARS,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KAJIKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:22-cv-06705-DMG-SK<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of FOUR THOUSAND DOLLARS ($4,000.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  5/22/2023

STEVE KIM
UNITED STATES MAGISTRATE JUDGE